IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHAWN MACKEY                                                                    PLAINTIFF

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 06 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

VS.                                                    CAUSE NO. 3:23-cv-3055-DPJ-FKB

MISSISSIPPI COMMUNITY COLLEGE BOARD                          DEFENDANT

*LMR*

~~AMENDED~~ COMPLAINT
(Jury Trial Demanded)

**COMES NOW,** Plaintiff, Dr. Shawn Mackey, ("Mackey") by and through his undersigned counsel and files this civil action for equitable and prospective relief and damages resulting from employment discrimination on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e et. seq.  Mackey submits the following in support thereof:

## I. JURISDICTION AND VENUE

1.      This Court has original jurisdiction over the claims in this case pursuant to 28 U.S.C. § 1331, as the causes of action arise under laws of the United States.

2.       Venue is proper under Title 28 U.S.C. §§ 1391 (b), as a substantial part of the events giving rise to the claim occurred in the Southern District of Mississippi.

## II. PARTIES

3.      Mackey is an adult African American citizen of the United States, residing at 82 Woodland Hills Boulevard, Madison, Mississippi 39110.

4.       The Mississippi Community College Board ("MCCB") is a state agency.  MCCB may be served with process of this Court by service on Lynn Fitch, Attorney General of Mississippi, at 450 High Street, Jackson, Mississippi.

## EXHAUSATION OF ADMINISTRATIVE REMEDIES

5.     All conditions precedent to jurisdiction pursuant to Section 706 of Title VII of the Civil Rights Act of 1964, as amended, have been complied with by Mackey, to wit: appropriate charge of employment discrimination has been filed with the Equal Employment Opportunity Commission, and Notification of Right to Sue was received by Mackey from the Equal Employment Opportunity Commission. *See*, Exhibit 1.

6.     Mackey filed a timely complaint based on the time limits contained in § 706 of Title VII of the Civil Rights Act of 1964, as amended.

## III. STATEMENT OF FACTS

7.     The MCCB is an agency established by the State of Mississippi to receive and distribute funds for the use of her system of fifteen public community colleges.

8.     The MCCB consists of ten (10) members: John Pigott, Cheryl Thurmond, Videt Carmichael, Donnie Caughman, Bubba Hudspeth, Dolly Marascalco, Johnny McRight, Luke Montgomery, Will Symmes, and Dr. Dianne Watson (collectively, "the Board"). The Board coordinates the functions of 15 independent community colleges. It is vested with the power to name an Executive Director for the MCCB, who serves at the pleasure of the board. Each of MCCB's ten board members is white.

9.     Mackey, who is African American, has been an employee of the MCCB since 2007. Mackey has provided exemplary service to the agency during his tenure. Mackey has served in executive leadership positions during most of the sixteen (16) years of his employment with the agency. Mackey presently serves as the Deputy Executive Director for Accountability. He has held the following roles with the MCCB: Program Specialist; Director of Career and Technical Education; Associative Executive Director for Workforce, Career and Technical Education; and

2

Deputy Executive Director for Programs and Accountability. Mackey has a Doctorate Degree (Ed.D.) in Higher Education Administration from the University of Memphis and a Master's Degree (M.Ed.) in Social Science Education from Delta State University. He has supervised every department within the agency, except for the finance division. He was, however, required to work very closely with the finance division to administer its department budgets. Mackey also served as a senior administrator at Coahoma Community College as the Assistant Director of Career and Technical Education. Mackey is well respected by the MCCB staff, community college presidents, elected officials and constituents for his expertise, professionalism, and leadership.

10.    Mackey previously was one of the finalists when the MCCB selected Dr. Andrea Mayfield ("Mayfield") as its Executive Director on October 16, 2015. Mayfield was selected to succeed former Secretary of State Eric Clark ("Clark") (white male) as MCCB's Executive Director. Mayfield is a white female. In its thirty-six-year history, MCCB has never employed an African American Executive Director. Only five African Americans have served as board members of the MCCB during its thirty-six-year history. Each of their terms were independent of the other.

11.    On or about July 16, 2021, Mayfield resigned from the MCCB as Executive Director. Mayfield's resignation created an opening for the agency's Executive Director position.

12.    That same day, the Board appointed Kell Smith ("Smith") to be the Interim Executive Director for the MCCB. Smith is a white male. He formerly worked as the Director of Communications and Legislative Services, the only position for the agency he had held since 2008. Smith did not have a doctoral degree or any postdoctoral educational experience, had never worked in higher education or any college environment, had never at the time of his selection, supervised any employees, or served in a leadership position – all of which were the minimum qualifications to serve as the Executive Director. The Board's July 16, 2021, minutes do not reflect who made

3

the motion to hire Smith, who seconded the motion to hire Smith, and who voted in favor or against the motion to hire Smith as the Interim Executive Director.

13.    On or about July 23, 2021, Mackey contacted John Pigott ("Pigott"), MCCB's Board Chair to request a meeting to discuss his interest in becoming the Executive Director and highlight his qualifications and experience for the job.  Pigott refused to meet with Mackey. Instead, Pigott instructed Mackey to submit a written strategic vision to him.  Mackey complied with this directive.  Mackey was never contacted by Pigott or any Board member to examine his strategic vision or discuss his being employed as the Executive Director.

14.    The minimum qualifications historically established for candidates interested in the MCCB Executive Director position were as follows:

- An earned doctorate degree from a regionally accredited college or university.
- Significant experience in higher education with a record of achievement.
- Demonstrated progression through the ranks and leadership experience in administration.
- Proficiency in working with federal and state policymakers.
- Evidence of leadership and engagement of others at regional, state, or national levels.
- Solid record of scholarship and academic excellence.

15.    The job description established for candidates interested in the MCCB Executive Director position were as follows:

- Maintains an efficient, functional, and professional office for the Board, including the recruiting, hiring, termination, and leadership of Board staff.
- Provides organizational support for all Board activities and reports to the Board on specific assignments and tasks.
- Ensures that the comprehensive records of the Mississippi Community College Board (MCCB), including but not limited to secure Board's Policies and Procedures, Board meeting minutes, and personnel records, are maintained in a manner that is secure and consistent with State law.
- Interprets, implements, and administers all policies, procedures, and guidelines of the Board.
- Serves as the Board's representative before the Legislature and with other governmental entities.

4

- Provides general leadership to the community college system by identifying trends and issues that have potential impact on the mission and programs of community colleges, informing the Board and the presidents, and developing related policies, where appropriate.
- Serves as the principal liaison for the Board with the Mississippi Association of Community and Junior Colleges and the Mississippi Community College Trustee Association.
- Maintains a strong professional relationship with other state educational entities, including the Mississippi Department of Education and the Institutions of Higher Learning.
- Represents the Mississippi community college system on statewide boards, task forces, and committees, as necessary.
- Maintains a working relationship with national community college system organizations such as the American Association of Community Colleges, the Association of Community College Trustees, and the National Council of State Directors of Community and Junior Colleges.
- Upholds the Mission, Vision, and Core Values of the Mississippi Community College Board.
- Performs other duties as assigned by the Board.

16. At the time of his appointment as Interim Executive Director, Smith only met one of the minimum qualifications for the position – "proficiency in working with federal and state policymakers" – and had not performed any of the general functions carried out by the MCCB Executive Director. This fact was underscored by Smith himself, who announced to the Board and to colleagues on various occasions that he did not have the knowledge or experience necessary to serve as Executive Director.

17. On or about August 4, 2021, Mackey announced to the Board that he was interested in becoming the permanent Executive Director for the MCCB. Based on the criteria recognized by the Board at that time, Mackey was clearly more qualified than Smith for the position of Executive Director. Mackey submitted several letters of support to the Board attesting to his solid credentials and stellar work history with the agency.

18. Even though Mackey met every qualification for the position and had held various roles within the agency, wherein he exhibited adept leadership skills, Mackey was informed that the

5

Board wanted to retain Smith as the Interim Executive Director until a decision was made on the selection of a permanent director.

19. On January 21, 2022, the Board eliminated all the principal qualifications and approved a new criterion for the MCCB Executive Director that significantly reduced the minimum qualifications for the position. Johnny McRight ("McRight") made the motion to reduce the minimum qualifications for the position. McRight's motion was seconded by Dolly Marascalco ("Marascalco"). The Board voted unanimously "to change the minimum core requirements for the position of Executive Director to `at least a master's degree in any field, and evidence of experience in administration, leadership, and engagement of others at regional, state, or national levels.'"

20. In its 36-year history, the Board had never reduced the qualifications for any position. In fact, the Board resisted efforts to eliminate the requirements for an academic doctorate or experience in educational administration and to select Tray Hairston, an African American attorney, who served as former Governor Phil Bryant's policy adviser in 2012 and 2013, as the Executive Director of MCCB. McRight, Bubba Hudspeth ("Hudspeth"), Pigott, Cheryl Thurmond ("Thurmond") and Marascalco were members of the Board in 2015 when the Board rejected efforts to lower the qualifications for the Executive Director which resulted in the selection of Andrea McField, who is white, as Executive Director.

21. Seven years later, McRight, Hudspeth, Pigott, Thurmond and Marascalco, joined with Dianne Watson ("Watson"), Videt Carmichael ("Carmichael"), Donnie Caughman ("Caughman"), Luke Montgomery ("Montgomery") and Will Symmes ("Symmes") to lower the qualifications for MCCB's Executive Director. McRight made the motion to lower the qualifications for the

Executive Director's position. Marascalco seconded the motion. The motion was passed unanimously.

22. The Board did not begin interviewing potential candidates until approximately 18 months after Smith's interim appointment. In doing so, it left the agency without a qualified and permanent Executive Director while allowing Smith time to shore up his resume to meet the new criterion established by the Board. Deborah Gilbert was named Interim Executive Director of MCCB in 2015 and served in that role for five months before returning to her position as the Deputy Executive Director of Finance.

23. On January 20, 2023, Hudspeth made a motion to hire Smith to as MCCB's sixth Executive Director. The motion was seconded by Symmes. Thereafter, the all-white board voted unanimously to hire Smith, who is white, even though Mackey, who is African American, was clearly more qualified than Smith.

24. Stated another way, the MCCB treated Mackey less favorably than it treated Smith in the terms and condition of his employment.

25. As a result, Mackey is entitled to damages from MCCB inasmuch MCCB hired a less qualified white for the position of Executive Director in violation of Title VII of the Civil Rights Act of 1964.

26. The legitimate non-discriminatory reason that MCCB's proffered for Smith's selection is not worthy of credence.

## IV. CAUSE OF ACTION

27. MCCB treated Smith, who is white, more favorably than Mackey, in the area of promotion and advancement within the agency; and otherwise discriminated against him in the terms and

conditions of his employment on the basis of his race in violation of Title VII of the Civil Rights Act of 1964.

## V. CLAIMS FOR RELIEF

**WHEREFORE, PURSUANT TO** Title 42 U.S.C. § 1981(a), Mackey, respectfully demands a trial by jury and prays for a Judgment against the Defendant as follows:

a. Prospective relief, including instatement to the position, front pay, and back pay.

b. Actual, compensatory and Incidental Damages in an amount of to be determined by the jury for the embarrassment, humiliation, mental anguish and severe emotion distress, and loss of employment opportunities he suffered as a direct and proximate result of the conduct of MCCB.

c. Compensatory damages in the form of emotional pain, suffering, inconvenience, mental anguish and other non-pecuniary losses as permitted by Sections(s) 102(b)(3) of the Civil Rights Act of 1991.

d. Mackey also seeks attorney's fees pursuant to Title 42 U.S.C. § 1988 and any and all costs associated with this lawsuit.

e. Mackey also seeks such other and further relief as the Court and Jury may deem just and proper under the circumstances as hereinabove set forth.

**RESPECTFULLY SUBMITTED,** this the _____ day of November 2023.

SHAWN MACKEY

BY: _____

Lisa M. Ross (MSB#9755)
Post Office Box 11264
Jackson, MS 39283-1264
Telephone: (601) 981-7900
lross@lmross@law.com

8

Ahmad R. Smith
Ahmad R. Smith (MSB#104595)
A.R. Smith Law, PLLC
Post Office Box 16392-9998
Jackson, MS 39236
Telephone: (601) 594-5901
ahmad@arsmithlaw.com

**ATTORNEYS FOR
SHAWN MACKEY**